IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DEMARS CROWELL,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No.<br>: 5:11-CV-87 (CAR) |
| **Officer MCCRAY,** | : |
| **Defendant.** | : |

**ORDER ON THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 6] that Plaintiff's request for injunctive relief be **DISMISSED** from this action. After careful consideration of the Recommendation, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Plaintiff did file a timely Objection [Doc. 8] to the Recommendation; but therein, Plaintiff states only that he feels "like this case should not be dismissed." Plaintiff is advised that the Court is not dismissing this case entirely by adopting the Recommendation. Only Plaintiff's claim for injunctive relief is dismissed; Plaintiff's remaining claim against Defendant McCray for damages is being allowed to proceed beyond the frivolity review stage.

SO ORDERED, this 3rd day of June, 2011.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

jlr