IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DEMARS CROWELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 5:11-CV-87 (CAR) |
| | : | |
| OFFICER MCCRAY, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**ORDER ON RECOMMENDATION**

Before the Court is the Recommendation of the United States Magistrate Judge [Doc. 22] to dismiss Plaintiff's Complaint for failure to exhaust his administrative remedies before initiating the instant action.  No objection was filed, and having considered the Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge.  Accordingly, the Recommendation of the United States Magistrate Judge [Doc. 22] is **ADOPTED** and **MADE THE ORDER OF THE COURT**.  Defendant's Motion to Dismiss [Doc. 18] is **GRANTED**, and Plaintiff's Complaint [Doc. 1] is **DISMISSED without prejudice**.

**SO ORDERED,** this 20th day of December, 2012.

S/ C. Ashley Royal
C. ASHLEY ROYAL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

BBP